# UNITED STATES DISTRICT COURT

for the

District of New Jersey

## MAGISTRATE'S COURTROOM MINUTES

UNITED STATES OF AMERICA

*Plaintiff*

v.

DAVID OSTROV

*Defendant*

MAGISTRATE JUDGE: _Leda Dunn Wettre_

CASE NO. _26-13066_

DATE OF PROCEEDINGS: _May 6, 2026_

DATE OF ARREST: _____

**PROCEEDINGS:** _Initial Appearance - Rule 5_

- [ ] COMPLAINT
- [x] ADVISED OF RIGHTS
- [ ] COMMITMENT TO ANOTHER DISTRICT
- [ ] APPT. OF COUNSEL: [ ] AFPD [ ] CJA
- [ ] PRELIMINARY HEARING WAIVED ON THE RECORD
- [ ] CONSENT TO VIDEO VIA ZOOM
- [ ] PLEA ENTERED: [ ] GUILTY [ ] NOT GUILTY
- [x] IDENTITY HEARING WAIVED ON THE RECORD
- [ ] RULE 11 FORM
- [ ] FINANCIAL AFFIDAVIT EXECUTED
- [x] OTHER: _Notice of Appearance DEFENSE COUNSEL_

- [ ] ORDER OF DETENTION
- [ ] CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
- [ ] BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
- [x] BAIL SET: _100,000_
  - [x] UNSECURED BOND
  - [ ] SURETY BOND SECURED BY CASH/PROPERTY
- [x] BRADY ORDER ON THE RECORD
- [ ] DRUG TESTING AND/OR TREATMENT
- [ ] MENTAL HEALTH TESTING AND/OR TREATMENT
- [ ] SURRENDER AND/OR OBTAIN NO PASSPORT
- [x] SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

**HEARING SET FOR:**

- [ ] PRELIMINARY/REMOVAL HRG.
- [ ] DETENTION/BAIL HRG.
- [ ] TRIAL: [ ] COURT [ ] JURY
- [ ] SENTENCING
- [ ] OTHER: _____

DATE: _____
DATE: _____
DATE: _____
DATE: _____
DATE: _____

**APPEARANCES:**

AUSA: _Brian Sinclair_

DEFT. COUNSEL: _Gedalia Stern, Esq._

PROBATION: _____

INTERPRETER _____
          Language:

TIME COMMENCED: _255 pm_
TIME TERMINATED: _319 pm._
CD NO: _ECR_

Lorraine McNerney
_____
DEPUTY CLERK