## UNITED STATES DISTRICT COURT
### FOR THE District of New Jersey [LIVE]
### Newark, NJ


UNITED STATES OF AMERICA

                    Plaintiff,

v.                                          Case No.: 2:26–mj–13066–LDW

                                            Magistrate Judge Leda D. Wettre

DAVID OSTROV

                    Defendant.


## ORDER


    Pursuant to Rule 5(f) of the Federal Rules of Criminal Procedure, and as set forth on the record during the initial appearance of the defendant on 5/6/26, in the presence of both the prosecutor and defense counsel in this matter, the Court confirms the United States' continuing obligation to produce all exculpatory evidence to the defendant pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, and orders it to do so. Failing to do so in a timely manner may result in consequences, including, but not limited to, the Court's order to produce information, the granting of a continuance, the exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, or sanctions by the Court.


                    May 8, 2026                s/ Magistrate Judge Leda D. Wettre

                        DATED                  United States Magistrate Judge